# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 19-cr-03726-H |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Raul Clemente Gonzalez | Booking No. 76606-198 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  12/9/2024
the Court entered the following order:

[X] Defendant be release from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[ ] Defendant released on _____ Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[X] Defendant sentenced to TIME SERVED.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

Marilyn L. Huff
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by   Rhonda Woods ext. 6418

Crim-9 (Rev. 09/23)
Original

# Rhonda Woods

| | |
|---|---|
| **From:** | CAS Releases |
| **Sent:** | Monday, December 09, 2024 11:17 AM |
| **To:** | Rhonda Woods |
| **Subject:** | Read: 19-cr-03726-H - Raul Clemente Gonzalez |
| **Attachments:** | Read: 19-cr-03726-H - Raul Clemente Gonzalez |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1